[Cite as *Wilson v. Allen Correctional Inst.*, 2010-Ohio-2024.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

TIMOTHY W. WILSON

Plaintiff

v.

ALLEN CORRECTIONAL INST.

Defendant

Case No. 2009-06974-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On August 17, 2009, plaintiff, Timothy W. Wilson, filed a complaint against defendant, Allen Correctional Institution. On October 5, 2009, defendant submitted the investigation report. On December 10, 2009, plaintiff filed a motion to dismiss without prejudice. Plaintiff requests a voluntary dismissal of his case.

{¶ 2} Plaintiff's motion to dismiss is GRANTED. Plaintiff's case is dismissed without prejudice. The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Timothy W. Wilson, #257-911          Gregory C. Trout, Chief Counsel

P.O. Box 4501                    Department of Rehabilitation
Lima, Ohio  45802               and Correction
                                770 West Broad Street, 2nd Floor
                                Columbus, Ohio  43222


DRB/laa
Filed 1/20/10
Sent to S.C. reporter 5/7/10